U S Bankruptcy Court - Northern District of Illinois

KENNETH S. GARDNER, CLERK

08CV1333
JUDGE BUCKLO
MAG. JUDGE BROWN

FILED

Date: 3/5/08

MAR - 5 2008     MAR 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Chicago, IL 60604

Re:  Case Number: 07A00407

Case Name: in Automotive Financial Services, Inc., v. Scott Small and James

Bankruptcy Judge: Goldgar

To Whom It May Concern:

Pursuant to Rule 5011 of the Federal Rules of Bankruptcy Procedure, transmitted herewith is the Motion for Withdrawal of Reference.

Filed By: Daniel Dawson

Previous District Court Judge (when applicable): _____

Previous Civil Case Number (when applicable): _____

KENNETH S. GARDNER, CLERK

By: Demetrius Ross
    Deputy Clerk

cc: Bankruptcy Judge & Party Who Filed Motion for Withdrawal of Reference

**08CV1333**
**JUDGE BUCKLO**
**MAG. JUDGE BROWN**

**U.S. Bankruptcy Court**
**Northern District of Illinois (Chicago)**
**Adversary Proceeding #: 07-00407**
**Internal Use Only**

727OBJ

FILED

MAR - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Assigned to:* A. Benjamin Goldgar
*Related BK Case:* 05-48030
*Related BK Title:* Scott F Small
*Related BK Chapter:* 7
*Demand:* $680000

*Date Filed:* 05/16/07

MAR 0 5 2008

| *Nature[s] of Suit:* | 14 | Recovery of money/property - other |
| --- | --- | --- |
| | 02 | Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy) |
| | 424 | Obj/Revocation Discharge 727 |



**Plaintiff**

-----------------------

**Manheim Automotive Financial Services Inc**

represented by **Daniel P. Dawson**
Nisen & Elliott, LLC
200 W. Adams St. Ste 2500
Chicago, IL 60606
312 346-7800 Ext. 000
Fax : 312 346-9316
Email: ddawson@nisen.com
*LEAD ATTORNEY*

V.

**Defendant**

-----------------------

**James Douvas**

represented by **James Douvas**
PRO SE

**Scott F Small**

represented by
**Scott F Small**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 05/16/2007 | 1 | Adversary case 07-00407. (14 (Recovery of money/property - other)), (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))): Complaint by Manheim Automotive Financial Services Inc against James Douvas, Scott F Small. Fee Amount $250. Status hearing to be held on 6/27/2007 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Dawson, Daniel) (Entered: 05/16/2007) |
| 05/16/2007 | 2 | Summons Link Summons Issued on James Douvas Answer Due 06/15/2007; Scott F Small Answer Due 06/15/2007 (Dawson, Daniel) (Entered: 05/16/2007) |
| 05/16/2007 | 3 | Receipt of Complaint(07-00407) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 6991755. Fee Amount $ 250.00 (U.S. Treasury) (Entered: 05/16/2007) |
| 05/17/2007 | 4 | Summons Service Executed on Manheim Automotive Financial Services Inc 5/17/2007 (RE: [2] Summons Issued). (Dawson, Daniel) (Entered: 05/17/2007) |
| 05/17/2007 | 5 | Summons Service Executed on Scott F Small 5/17/2007 (RE: [2] Summons Issued). (Dawson, Daniel) (Entered: 05/17/2007) |
| 06/27/2007 | 6 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 8/15/2007 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Beckerman, Steve) (Entered: 06/27/2007) |
| 06/27/2007 | 7 | Alias Summons Issued on James Douvas Date Issued 6/27/2007, Answer Due 7/27/2007; Scott F Small Date Issued 6/27/2007, Answer Due 7/27/2007 (RE: [2] Summons Issued). Status hearing to be held on 8/15/2007 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Ross, Demetrius) (Entered: 06/28/2007) |

| 07/18/2007 | ●8 | Summons Service Executed on Scott F Small 7/7/2007 (RE: 7 Alias Summons Issued, ). (Ross, Demetrius) (Entered: 07/19/2007) |
|---|---|---|
| 07/18/2007 | ●9 | Summons Service Executed on Richard M Kates 7/9/2007 (RE: 7 Alias Summons Issued, ). (Ross, Demetrius) (Entered: 07/19/2007) |
| 07/18/2007 | ●10 | Summons Service Executed on Jerome Barton Kalish 7/10/2007 (RE: 7 Alias Summons Issued, ). (Ross, Demetrius) (Entered: 07/19/2007) |
| 08/01/2007 | ●11 | Summons Service Executed on James Douvas 7/15/2007 (RE: 7 Alias Summons Issued, ). (Ross, Demetrius) (Entered: 08/02/2007) |
| 08/14/2007 | ●12 | Answer to Complaint Filed by Scott F Small . (Ross, Demetrius) (Entered: 08/15/2007) |
| 08/15/2007 | ●13 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 12/5/2007 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Enriquez, Nancy) (Entered: 08/15/2007) |
| 08/15/2007 | ●14 | Order Scheduling (RE: 1 Complaint, ). Discovery Cutoff 12/5/2007. Status hearing to be held on 12/5/2007 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. Signed on 8/15/2007 (Hamilton, Annette) (Entered: 08/16/2007) |
| 10/24/2007 | ●15 | Notice of Motion and Motion for Default against James Douvas and in favor of Plaintiff Filed by Daniel P. Dawson on behalf of Manheim Automotive Financial Services Inc. Hearing scheduled for 11/5/2007 at 09:30 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Dawson, Daniel) (Entered: 10/24/2007) |
| 11/05/2007 | ●16 | Hearing Continued (RE: 15 Default). Hearing Scheduled for 01/30/2008 at 10:00 AM at Courtroom 613 219 South Dearborn, Chicago, IL, 60604. (Castellano,Nancy) (Entered: 11/05/2007) |

| | | |
|---|---|---|
| 11/05/2007 | ●17 | Order Scheduling (RE: 15 Motion for Default, ). Memorandum due by 12/10/2007. Ruling is set for January 30, 2008 at 10:00am. Signed on 11/5/2007 (Ross, Demetrius) (Entered: 11/06/2007) |
| 11/29/2007 | ●18 | Notice of Motion and Motion to Extend Time To Complete Discovery Filed by Daniel P. Dawson on behalf of Manheim Automotive Financial Services Inc. Hearing scheduled for 12/5/2007 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Dawson, Daniel) (Entered: 11/29/2007) |
| 12/05/2007 | ●19 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 3/5/2008 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Enriquez, Nancy) (Entered: 12/05/2007) |
| 12/05/2007 | ●20 | Order Granting Motion to Extend Time (Related Doc # 18). Signed on 12/5/2007. (Ross, Demetrius) Modified on 12/12/2007 to add March 5, 2008 (Chavez, Baldo). (Entered: 12/10/2007) |
| 12/10/2007 | ●21 | Memorandum Of Law Supporting Subject Matter Jurisdiction Over The Civil Proceedings Against James Douvas Filed by Daniel P. Dawson on behalf of Manheim Automotive Financial Services Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Dawson, Daniel) (Entered: 12/10/2007) |
| 12/10/2007 | ●22 | Notice of Filing Filed by Daniel P. Dawson on behalf of Manheim Automotive Financial Services Inc (RE: 21 Memorandum, ). (Dawson, Daniel) (Entered: 12/10/2007) |
| 12/12/2007 | ●23 | CORRECTIVE ENTRY to add March 5, 2008 (RE: 20 Order on Motion to Extend Time). (Chavez, Baldo) (Entered: 12/12/2007) |
| 01/30/2008 | ●24 | Hearing Continued (RE: 15 Motion for Default, ). Hearing scheduled for 3/5/2008 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Enriquez, Nancy) (Entered: 01/30/2008) |

| 02/29/2008 | 25 | Motion for Withdrawal of Reference. Fee Amount $150 Filed by Daniel P. Dawson on behalf of Manheim Automotive Financial Services Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet# 4 Certificate of Service) (Dawson, Daniel) (Entered: 02/29/2008) |
|---|---|---|
| 02/29/2008 | 26 | Receipt of Motion for Withdrawal of Reference(07-00407) [motion,mwdref] ( 150.00) Filing Fee. Receipt number 8403976. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 02/29/2008) |
| 03/04/2008 | 27 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 4/23/2008 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Enriquez, Nancy) (Entered: 03/04/2008) |
| 03/04/2008 | 28 | Hearing Continued (RE: 15 Motion for Default, ). Hearing scheduled for 4/23/2008 at 10:00 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Enriquez, Nancy) (Entered: 03/04/2008) |