AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Manheim Automotive

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 1333

Small, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed for want of prosecution.

Michael W. Dobbins, Clerk of Court

Date: 3/21/2008

_____

/s/ Mathew P. John, Deputy Clerk