UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Manheim Automotive Financial Services, Inc., <br><br> Plaintiff, <br> v. <br><br> Scott Small and James Douvas, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No: 08 CV 1333 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO VACATE

Manheim Automotive Financial Services, Inc., by its attorneys Nisen & Elliott, as its motion to vacate the order entered on March 21, 2008 dismissing this matter for want of prosecution, states as follows:

1. On March 21, 2008, this court entered an order dismissing this matter for want of prosecution.

2. This case arises from an unusual procedural posture. Specifically, the Plaintiff filed a motion to remove the reference of an adversary proceeding pending in the United States Bankruptcy Court. Despite the general rules related to the procedures for creating a case in the district court, counsel for the plaintiff was told by the respective clerks' offices that this case should be created by filing a motion with the bankruptcy court clerk.

3. Eventually, this court was apparently assigned to this case and the District Court clerk then set this matter for a status hearing on March 21, 2008. March 21, 2008 is a religious holiday for counsel for the plaintiff (Good Friday) and counsel was not present when the Court called this matter on March 21, 2008.

4.  Plaintiff possesses a meritorious cause of action against the defendant. Counsel for the Plaintiff has attended the previously scheduled hearings in the adversary proceeding.

Wherefore, for all of the foregoing reasons, plaintiff requests that the order dismissing this case for want of prosecution be vacated and that this matter be re-set for a status hearing at the Court's convenience.

Respectfully submitted,

Manheim Automotive Financial Services

By: /s/ Daniel P. Dawson
One of its attorneys

Daniel P. Dawson (ARDC# 6199728)
Nisen & Elliott, LLC
200 W. Adams Street, Suite 2500
Chicago, Illinois 60606
(312) 346-7800