UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Manheim Automotive Financial Services, Inc., <br><br> Plaintiff, <br> v. <br><br> Scott Small and James Douvas, <br><br> Defendants. | ) ) ) ) ) ) Case No: 08 CV 1333 ) ) ) ) ) ) ) |

## NOTICE OF MOTION

To:    See Service List attached.

PLEASE TAKE NOTICE THAT on March 27, 2007, at 9:30 a.m. we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead in Courtroom 1438 of the U.S. District Court, 219 S. Dearborn, Chicago, Illinois and then and there present the Motion To Vacate, a copy of which is attached and hereby served on you.

## CERTIFICATE OF SERVICE

I, a non-attorney, on oath, state that I served a copy of this notice and attached documents to all parties listed on the CM/ECF System which will automatically send e-mail notification to the parties as reflected and via regular first class mail or via facsimile to those parties not on the list to receive e-mail notices and therefore requiring manual notices, on March 24, 2007.

Subscribed and Sworn to me
this 24th day of March 2007

_____
Notary Public

"OFFICIAL SEAL"
ALICIA M. DRAG
Notary Public, State of Illinois
My Commission Expires 9/18/10

Daniel P. Dawson
Nisen & Elliott, LLC
200 W. Adams St., Suite 2500
Chicago, IL 60606
(312) 346-7800

## SERVICE LIST

Richard M. Kates
111 W. Washington St., Ste. 1900
Chicago, Illinois 60602
*(Via Facsimile* (312) 807-4858*)*

Jerome Barton Kalish
Kalish, Kalish & Colleagues
79 W. Monroe St., Ste. 1006
Chicago, Illinois 60603
*(Via Facsimile* (312) 346-7735*)*

Scott Small
480 Ridge Road
Highland Park, Illinois 60035
*(Via First Class Mail)*

James Douvas
6 N. 414 Fairway Lane
Itasca, Illinois 60143
*(Via First Class Mail)*