## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1333 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Manheim Auto vs. Scott Small, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to vacate the order dismissing the case heard and the motion is granted. Accordingly, the case is reopened and the motion to withdraw reference of the adversary proceeding reinstated. Plaintiff's motion to withdraw reference of this adversary proceeding is granted and it is so ordered. Answer will be due by 4/24/08. Status hearing set for 5/1/08 at 9:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

Case 1:08-cv-01333   Document 9   Filed 03/27/2008   Page 1 of 1

08C1333 Mahneim Auto vs. Scott Small, et al.                                                              Page 1 of 1