## United States District Court for the Northern District of Illinois

Case Number: 08CV1333     Assigned/Issued By: J. N.

Judge Name:               Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☒ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☒ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

1  Original and  1  copies on  3-31-08  as to  JAMES DOUVAS
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05